1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  JULIE A. ARBUCKLE (CABN 193425)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7102
7      Facsimile: (415) 436-7234
       E-mail: julie.arbuckle@usdoj.gov
8
   Attorneys for the United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 07-0211 PJH
                                    )
14         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER EXCLUDING TIME
15         v.                        )
                                    )
16 JEREMIAH J. MATAU,               )
                                    )
17         Defendant.                )
                                    )
18 _____ )

19

20

21     On April 10, 2007, the parties in this case appeared before the Court and stipulated that time
22 should be excluded under the Speedy Trial Act, Federal Rule of Criminal Procedure 5.1, and 18
23 U.S.C. §3142(f)(2)(B) from April 16, 2007 to April 24, 2007 based on the government's motion
24 for detention and the need for effective preparation of counsel. The parties represented that
25 granting the continuance was the reasonable time necessary for effective preparation of counsel,
26 taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties
27 also agreed that the ends of justice served by granting such a continuance outweighed the best
28 ///

Stipulation and [Proposed] Order Excluding Time - CR 07-0211 PJH                                    1

1 | interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
2 | SO STIPULATED:

3 |                                      SCOTT N. SCHOOLS
4 |                                      United States Attorney

5 | DATED: April 16, 2007              /s/
6 |                                      JULIE A. ARBUCKLE
                                         Assistant United States Attorney

7 |                                      BARRY PORTMAN
                                         Federal Public Defender
8 |
9 | DATED: April 16, 2007              /s/
10 |                                     STEVEN KALAR
                                         Attorney for Defendant Jeremiah J. Matau
11 |

12 | As the Court found on April 16, 2007, and for the reasons stated above, the Court finds that
13 | the ends of justice served by the continuance outweigh the best interests of the public and the
14 | defendant in a speedy trial and that time should be excluded under the Speedy Trial Act, Federal
15 | Rule of Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from April 16, 2007 to April 24,
16 | 2007 based on the government's motion for detention and the need for effective preparation of
17 | counsel. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would
18 | deny counsel reasonable time necessary for effective preparation, taking into account the exercise
19 | of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

21 | SO ORDERED.

23 | DATED: 4/17/07
                                         _____
24 |                                     Edward M. Chen
                                         United States Magistrate Judge