1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  JULIE A. ARBUCKLE (CABN 193425)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7102
7      Facsimile: (415) 436-7234
       E-mail: julie.arbuckle@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No.  CR 07-0211 PJH
                                     )
14         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER EXCLUDING TIME
15         v.                        )
                                     )
16  JEREMIAH J. MATAU,               )
                                     )
17         Defendant.                )
                                     )
18

19

20

21     On May 16, 2007, the parties in this case appeared before the Court and stipulated that time

22  should be excluded under the Speedy Trial Act, Federal Rule of Criminal Procedure 5.1, and 18

23  U.S.C. §3142(f)(2)(B) from May 16, 2007 to July 11, 2007 based on the need for effective

24  preparation of counsel.  The parties represented that granting the continuance was the reasonable

25  time necessary for effective preparation of counsel, taking into account the exercise of due

26  diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice

27  served by granting such a continuance outweighed the best interests of the public and the

28  ///

1  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
2  SO STIPULATED:
3                                                                  SCOTT N. SCHOOLS
                                                                    United States Attorney
4
5  DATED: May 16, 2007                            _____/s/_____
                                                                    JULIE A. ARBUCKLE
6                                                                  Assistant United States Attorney
7                                                                  BARRY PORTMAN
                                                                    Federal Public Defender
8
9  DATED: May 16, 2007                            _____/s/_____
                                                                    STEVEN KALAR
10                                                                 Attorney for Defendant Jeremiah J. Matau
11
12     As the Court found on May 16, 2007, and for the reasons stated above, the Court finds that
13  the ends of justice served by the continuance outweigh the best interests of the public and the
14  defendant in a speedy trial and that time should be excluded under the Speedy Trial Act, Federal
15  Rule of Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from May 16, 2007 to July 11,
16  2007 based on the need for effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The
17  failure to grant the requested continuance would deny counsel reasonable time necessary for
18  effective preparation, taking into account the exercise of due diligence, and would result in a
19  miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
20
21  SO ORDERED.
22
23  DATED:_ May 16, 2007 _                         _____
                                                                    Elizabeth D. Laporte
24                                                                 United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Stipulation and [Proposed] Order Excluding Time - CR 07-0211 PJH                                    2